# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAMELA D. COLLINS  
230 ATWOOD AVENUE  
ROCKFORD, IL  61102  

SSN-xxx-xx-7672

Case Number: 06-71169

Case filed on: 7/6/2006  
Plan Confirmed on: 9/15/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,900.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | PAMELA D. COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 13,299.00 | 13,299.00 | 2,837.08 | 0.00 |
|  | Total Secured | 13,299.00 | 13,299.00 | 2,837.08 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 400.00 | 400.00 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 594.86 | 594.86 | 0.00 | 0.00 |
| 006 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CFC FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 185.77 | 185.77 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CONTROL CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL ACCOUNT OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 100.76 | 100.76 | 0.00 | 0.00 |
| 021 | OB-GYN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RECEIVABLE MANAGEMENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 1,282.59 | 1,282.59 | 0.00 | 0.00 |
|  | Total Unsecured | 2,563.98 | 2,563.98 | 0.00 | 0.00 |
|  | Grand Total: | 18,562.98 | 18,562.98 | 5,537.08 | 0.00 |

Total Paid Claimant:      $5,537.08  
Trustee Allowance:         $362.92  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By /s/Heather M. Fagan